

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-9-2010

# Jeffrey Burns v. Salem Tube Inc

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-3382

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Jeffrey Burns v. Salem Tube Inc" (2010). *2010 Decisions.* Paper 1169.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1169

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.  09-3382

_____

JEFFREY BURNS,
Appellant

v.

SALEM TUBE, INCORPORATED; UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION, AFL-CIO-CLC, LOCAL 3713-05

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 2-08-cv-00289)
District Judge: Honorable Terrence F. McVerry

_____

**ORDER AMENDING OPINION**

_____

It appearing that the Clerk made typographical errors in numbering the footnotes,
the not precedential opinion filed on May 24, 2010 is hereby amended as follows:

On page 5, delete the number appearing before the footnote and number the
footnote as 1;
On page 6, change the footnote number to 2;
On page 7, change the footnote number to 3;
On page 8, change the footnote number to 4;
On page 9, change the footnote number to 5; and
On page 12, change the footnote number to 6.

This amendment does not change the date of filing, May 24, 2010.

For the Court,


/s/ Marcia M. Waldron
Clerk

Dated: June 9, 2010

cc:

John P. Corcoran, Jr., Esq.
Richard B. Sandow, Esq.
Robert B. Cottington, Esq.
Marie I. Rivera-Johnson, Esq.
Bruce A. Fickman, Esq.
Sasha Shapiro, Esq.